IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **SARAH SNYDER, BARBARA LOGAN and DAVID CONOLY,** *on behalf of themselves and all others similarly situated,*<br><br>            Plaintiffs,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>            Defendant. | Civil Action No. 3:24-cv-757-RCY |

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs **SARAH SNYDER, BARBARA LOGAN and DAVID CONOLY,** by counsel, hereby notify the Court that an individual settlement has been reached regarding all claims between **SARAH SNYDER, BARBARA LOGAN and DAVID CONOLY** and EQUIFAX INFORMATION SERVICES, LLC. **SARAH SNYDER, BARBARA LOGAN and DAVID CONOLY** and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, **SARAH SNYDER, BARBARA LOGAN and DAVID CONOLY** and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated: November 3, 2025

Respectfully submitted,

**SARAH SNYDER, BARBARA LOGAN and DAVID CONOLY,**

By:    */s/ Leonard A. Bennett*
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660 (telephone)

(757) 930-3662 (facsimile)
Email: lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

I certify that on November 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Leonard A. Bennett*
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660 (telephone)
(757) 930-3662 (facsimile)
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*